JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, | Case No. CV 22-1880 FMO (MARx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PICO CENTER, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of June, 2022.

/s/
Fernando M. Olguin
United States District Judge